IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Collier, Lucky L | Case Number:  07 B 23440 |
| | Judge:  Wedoff, Eugene R |
| Printed:  6/3/08 | Filed:  12/14/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: April 10, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 1,040.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 0.00 |
| Other Funds: | | 1,040.00 |
| Totals: | 1,040.00 | 1,040.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Wilshire Credit Corp | Secured | 0.00 | 0.00 |
| 2. | Wilshire Credit Corp | Secured | 25,350.00 | 0.00 |
| 3. | RoundUp Funding LLC | Unsecured | 114.90 | 0.00 |
| 4. | Wells Fargo Financial Illinois Inc | Unsecured | 109.57 | 0.00 |
| 5. | Capital One | Unsecured | 479.08 | 0.00 |
| 6. | Capital One | Unsecured | 98.31 | 0.00 |
| 7. | AmeriCash Loans, LLC | Unsecured | 218.95 | 0.00 |
| 8. | Portfolio Recovery Associates | Unsecured | 57.57 | 0.00 |
| 9. | Resurgent Capital Services | Unsecured | 335.50 | 0.00 |
| 10. | Portfolio Recovery Associates | Unsecured | 264.84 | 0.00 |
| 11. | Jefferson Capital Systems LLC | Unsecured | 122.10 | 0.00 |
| 12. | Mintom LLC | Unsecured | 153.36 | 0.00 |
| 13. | RoundUp Funding LLC | Unsecured | 264.84 | 0.00 |
| 14. | HFC | Unsecured | | No Claim Filed |
| 15. | Household Bank FSB | Unsecured | | No Claim Filed |
| 16. | Premier Bankcard | Unsecured | | No Claim Filed |
| 17. | Wells Fargo Financial Illinois Inc | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 27,569.02 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| | _____ |
| | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Collier, Lucky L | Case Number:  07 B 23440 |
| | Judge:  Wedoff, Eugene R |
| Printed:  6/3/08 | Filed:  12/14/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

